# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN RICHARD TOOMBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil No. 3:14-cv-1145 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | Magistrate Judge Knowles |
| ) | |
| Defendant. ) | |

## O R D E R

On July 15, 2015, the magistrate judge issued a Report and Recommendation (Docket No. 16) to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 14) is **DENIED**, and the decision of the Commissioner is **AFFIRMED**. This Order constitutes the judgment in this case..

It is so **ORDERED**.

ENTER this 5th day of August, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge